RECEIVED

SEP 1 0 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

RANDY SHEPARD

809 W. RIDGEWAY AVE.

WATERLOO, IOWA 50701

September 10. 2015

Daniel Cripe,
Judicial Assistant to Honorable Judge L.R. Reade
111 Seventh Ave SE Box 4
Cedar Rapids, Iowa 52401

RE: Shepard v. City of Waterloo

Dear Ms. Cripe:

I am the Pro Se Plaintiff in Shepard v. City of Waterloo, presenting an enclosed Resistance to Summary Judgment.

I hope my enclosed documents are in order and meet the Local and Federal Rules of Procedure.

SINCERELY,

*Randy Shepard*
RANDY SHEPARD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| RANDY SHEPARD | ) | |
| Plaintiff, | ) | CASE NO. 6:14-cv-02057-LRR |
| V. | ) | **PLAINTIFF'S RESISTANCE TO** |
| CITY OF WATERLOO | ) | **DEFENDANT'S MOTION** |
| Defendant | ) | **FOR SUMMARY JUDGEMENT** |
| | ) | |

Plaintiff, Randy Shepard, pursuant to Local Rule 56(a)(4), submits the following Appendix in Resistance to the Defendant's Motion for Summary Judgment.

## TABLE OF CONTENTS

| Tab | Description | PLFF RS |
|---|---|---|
| A. | Declaration by Plaintiff, Randy Shepard………………………………………………………………1 |
| B. | Plaintiff Calculation of Nov. 12, - 25, 2012 pay period…………………………………8 |

Paper Submission

Randy Shepard, Pro Se Plaintiff
809 W. Ridgeway Ave.
Waterloo, Iowa 50701
Ph: 319-610-5906
E-mail: shepard.randy@yahoo.com

Copy To:

Jason Craig
Ahlers & Cooney, P.C.
100 Court. Ave. Suite 600
Des Moines, Iowa 50309

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon Attorney for the defense of record at their respective address disclosed on the proceedings on: 9/10/'15
By: U.S. Mail X   E-mail X
Signature: Randy Shepard

1